IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DANA M. ROLLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 118-129 |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**
_____

Plaintiff filed the above-captioned social security appeal *pro se* on August 21, 2018, and was granted permission to proceed *in forma pauperis*. (Doc. nos. 1, 2, 3.) Thereafter, the Acting Commissioner filed her answer and submitted the transcript of the administrative proceedings. (Doc. nos. 10, 11.) On December 12, 2018, the Court issued a Briefing Order in which Plaintiff was directed to "serve and file a brief setting forth all errors which Plaintiff contends entitle her to relief" within 30 days. (Doc. no. 12, p. 1.) On January 11, 2019, the deadline for Plaintiff to file her brief, the case was stayed. (Doc. no. 13.) On February 1, 2019, the stay was lifted. (Doc. no. 14.) Even accounting for the length of time the stay was in effect, Plaintiff should have submitted her brief. To date, Plaintiff has not done so.

In an abundance of caution and due to any confusion the temporary stay may have caused, Plaintiff shall have fourteen days from the date of this Order to submit her brief. The

deadline for the Acting Commissioner to file her responsive brief shall be forty-five days from the date Plaintiff serves her brief.

SO ORDERED this 8th day of February, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA