# United States District Court
## Southern District of Georgia

DANA M. ROLLAND,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-129

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 15, 2019 adopting the Report and Recommendation as the Court's opinion, that this case is dismissed without prejudice pursuant to Loc. R. 41.1 for want of prosecution. This case stands closed.

04/15/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
(By) Deputy Clerk